I, Charles Bernard Starke Jr do authorize this honorable Court to share all information pertaining to the following cases with my assistant Charlie Garcia
Phone # 531-232-3500
4-25-CV-003108
1-25-CV-5767

Submitted in good faith with clean hands

Charles Bernard Starke Jr *(signature)*

Charles Bernard Starke Jr
Pro pur Sui Juris
4-25-CV-003108
1-25-CV-5767
7/31/25


RECEIVED AUG 06 2025 PRO SE OFFICE